UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: §
 §
GREEN, KATELYN L. § Case No. 10-13331 CLB
 §
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/29/2010 . The undersigned trustee was appointed on 07/29/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $    1,105.01

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 47.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 1,057.89 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/10/2010 and the deadline for filing governmental claims was 01/25/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 276.25 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 276.25 , for a total compensation of $ 276.25 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 2.76 , for total expenses of $ 2.76 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2013     By: /s/MORRIS L. HORWITZ
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  10-13331   CLB   Judge: CARL L. BUCKI, U.S.B.J.
Case Name: GREEN, KATELYN L.
For Period Ending: 06/24/13

Trustee Name: MORRIS L. HORWITZ
Date Filed (f) or Converted (c): 07/29/10 (f)
341(a) Meeting Date: 08/31/10
Claims Bar Date: 12/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 232 Wendel Avenue, Tonawanda, NY 14223 - joint, Orig. Asset Memo: Orig. Description: 232 Wendel Avenue, Tonawanda, NY 14223 - joint, with ex-spouse. House was appraised in 2008 for $72,000. The full value real estate assessment is $94,433.; Imported from original petition Doc# 1 | 72,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand. Orig. Asset Memo: Orig. Description: $50 cash; Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts, c Orig. Asset Memo: Orig. Description: Checking Account @ M&T Bank, Niagara Falls Boulevard branch; Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio Orig. Asset Memo: Orig. Description: Limited Household Goods & Furnishings; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel. Orig. Asset Memo: Orig. Description: Personal Clothes & Effects; Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Tax refund Orig. Asset Memo: Orig. Description: Possible 2010 Income Tax Refunds earned to date; Imported from original petition Doc# 1 | Unknown | 0.00 | | 1,105.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.01 | Unknown |
| TOTALS (Excluding Unknown Values) | $72,900.00 | $250.00 | | $1,105.01 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 10-13331  CLB  Judge: CARL L. BUCKI, U.S.B.J. | Trustee Name: | MORRIS L. HORWITZ |
| Case Name: | GREEN, KATELYN L. | Date Filed (f) or Converted (c): | 07/29/10 (f) |
| | | 341(a) Meeting Date: | 08/31/10 |
| | | Claims Bar Date: | 12/10/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/14/10 file stip; 02/22/11, 03/29/11 tax ltr dbtr atty

Initial Projected Date of Final Report (TFR): 12/30/12          Current Projected Date of Final Report (TFR): 12/30/12

/s/  MORRIS L. HORWITZ
_____ Date: _____

MORRIS L. HORWITZ

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-13331 -CLB  
Case Name: GREEN, KATELYN L.  
Taxpayer ID No: \*\*\*\*\*\*\*1110  
For Period Ending: 06/24/13

Trustee Name: MORRIS L. HORWITZ  
Bank Name: The Bank of New York Mellon  
Account Number / CD #: \*\*\*\*\*\*\*2565 Money Market Account

Blanket Bond (per case limit): $ 21,431,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/04/11 | 6 | Katelyn L. Boncore<br>232 Wendel Avenue<br>Buffalo, NY 14223-2927 | Tax refund<br>DEPOSIT CHECK #174 | 1129-000 | 1,105.00 | | 1,105.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.12 | 1,102.88 |
| 08/08/11 | | To Acct #\*\*\*\*\*\*\*2566 | Transfer of funds | 9999-000 | | 600.00 | 502.88 |
| 12/19/11 | | Trsf To Capital One | FINAL TRANSFER | 9999-000 | | 502.88 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,105.00 | 1,105.00 |
| Less: Bank Transfers/CD's | 0.00 | 1,102.88 |
| Subtotal | 1,105.00 | 2.12 |
| Less: Payments to Debtors | | 0.00 |
| Net | 1,105.00 | 2.12 |

Page Subtotals  1,105.00  1,105.00

Page: 2
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-13331 -CLB | Trustee Name: | MORRIS L. HORWITZ |
| --- | --- | --- | --- |
| Case Name: | GREEN, KATELYN L. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID No: | *******1110 | Account Number / CD #: | *******2566 Checking Account |
| For Period Ending: | 06/24/13 | Blanket Bond (per case limit): | $ 21,431,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/11 | | From Acct #*******2565 | Transfer of funds | 9999-000 | 600.00 | | 600.00 |
| 12/19/11 | | Trsf To Capital One | FINAL TRANSFER | 9999-000 | | 600.00 | 0.00 |

| | COLUMN TOTALS | 600.00 | 600.00 | 0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 600.00 | 600.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 0.00 | |

Page Subtotals  600.00  600.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*
LFORM24
Ver: 17.02d

Case 1-10-13331-CLB    Doc 57    Filed 07/03/13    Entered 07/03/13 14:47:07    Desc Main
Document      Page 6 of 13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-13331 -CLB | Trustee Name: | MORRIS L. HORWITZ |
| --- | --- | --- | --- |
| Case Name: | GREEN, KATELYN L. | Bank Name: | UNION BANK |
| Taxpayer ID No: | *******1110 | Account Number / CD #: | *******1495  Checking Account |
| For Period Ending: | 06/24/13 | Blanket Bond (per case limit): | $ 21,431,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 1,102.89 | | 1,102.89 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,087.89 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,072.89 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,057.89 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 1,102.89 | 45.00 |
| Less: Bank Transfers/CD's | | 1,102.89 | 0.00 |
| Subtotal | | 0.00 | 45.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 0.00 | 45.00 |

                                                                                                                    1,057.89

Page Subtotals                 1,102.89             45.00

Case 1-10-13331-CLB    Doc 57    Filed 07/03/13    Entered 07/03/13 14:47:07    Desc Main
Document      Page 7 of 13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-13331 -CLB | Trustee Name: | MORRIS L. HORWITZ |
| Case Name: | GREEN, KATELYN L. | Bank Name: | Capital One |
| Taxpayer ID No: | ******1110 | Account Number / CD #: | *******2056 Checking Account |
| For Period Ending: | 06/24/13 | Blanket Bond (per case limit): | $ 21,431,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/11 | | Trsf In From The Bank of New York M | INITIAL WIRE TRANSFER IN | 9999-000 | 600.00 | | 600.00 |
| 03/14/12 | | Transfer from Acct #******2064 | Transfer In From MMA Account | 9999-000 | 502.89 | | 1,102.89 |
| 01/16/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 1,102.89 | 0.00 |

| | COLUMN TOTALS | 1,102.89 | 1,102.89 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 1,102.89 | 1,102.89 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 0.00 | |

Page Subtotals       1,102.89       1,102.89

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-13331 -CLB | | Trustee Name: | MORRIS L. HORWITZ | |
|---|---|---|---|---|---|
| Case Name: | GREEN, KATELYN L. | | Bank Name: | Capital One | |
| Taxpayer ID No: | *******1110 | | Account Number / CD #: | ********2064 Money Market Account | |
| For Period Ending: | 06/24/13 | | Blanket Bond (per case limit): | $ 21,431,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/11 | | Trsf In From The Bank of New York M | INITIAL WIRE TRANSFER IN | 9999-000 | 502.88 | | 502.88 |
| 02/06/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 502.89 |
| | | | February interest | | | | |
| 03/14/12 | | Transfer to Acct #*******2056 | Final Posting Transfer | 9999-000 | | 502.89 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 502.89 | 502.89 | 0.00 |
| Less: Bank Transfers/CD's | | 502.88 | 502.89 | |
| Subtotal | | 0.01 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.01 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |
| Money Market Account - ********2565 | 1,105.00 | 2.12 | 0.00 |
| Checking Account - ********2566 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********1495 | 0.00 | 45.00 | 1,057.89 |
| Checking Account - ********2056 | 0.00 | 0.00 | 0.00 |
| Money Market Account - ********2064 | 0.01 | 0.00 | 0.00 |
| | 1,105.01 | 47.12 | 1,057.89 |
| | | | Total Funds On Hand |

Page Subtotals  502.89  502.89

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 24, 2013

Case Number: 10-13331
Debtor Name: GREEN, KATELYN L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 001 3110-00 | MORRIS L. HORWITZ, Attorney<br>14 Lafayette Square<br>Suite 1440<br>Buffalo, NY 14203 | Administrative | | $435.00 | $0.00 | $435.00 |
| B 001 3120-00 | MORRIS L. HORWITZ, Attorney<br>14 Lafayette Square<br>Suite 1440<br>Buffalo, NY 14203 | Administrative | | $5.88 | $0.00 | $5.88 |
| 1 070 7100-00 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Unsecured | | $1,536.69 | $0.00 | $1,536.69 |
| 2 070 7100-00 | Verizon<br>PO Box 3037<br>Bloomington, IL 61702-3037 | Unsecured | | $637.53 | $0.00 | $637.53 |
| 3 070 7100-00 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Unsecured | | $506.01 | $0.00 | $506.01 |
| 4 070 7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,884.75 | $0.00 | $1,884.75 |
| 5 070 7100-00 | GE Money Bank<br>Midland Funding LLC<br>agent Recoser, LLC<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $2,209.76 | $0.00 | $2,209.76 |
| 6 080 7200-00 | KeyBank NA<br>c/o Weltman weinberg & Reis<br>323 W. Lakeside Avenue, 2nd Flr.<br>Cleveland, OH 44113 | Unsecured | | $6,493.89 | $0.00 | $6,493.89 |
| | Case Totals: | | | $13,709.51 | $0.00 | $13,709.51 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-13331 CLB
Case Name: GREEN, KATELYN L.
Trustee Name: MORRIS L. HORWITZ

Balance on hand $ 1,057.89

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MORRIS L. HORWITZ | $ 276.25 | $ 0.00 | $ 276.25 |
| Trustee Expenses: MORRIS L. HORWITZ | $ 2.76 | $ 0.00 | $ 2.76 |
| Attorney for Trustee Fees: MORRIS L. HORWITZ, Attorney | $ 435.00 | $ 0.00 | $ 435.00 |
| Attorney for Trustee Expenses: MORRIS L. HORWITZ, Attorney | $ 5.88 | $ 0.00 | $ 5.88 |

Total to be paid for chapter 7 administrative expenses $ 719.89
Remaining Balance $ 338.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,774.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HSBC Bank Nevada, N.A. | $ 1,536.69 | $ 0.00 | $ 76.67 |
| 2 | Verizon | $ 637.53 | $ 0.00 | $ 31.81 |
| 3 | Verizon Wireless | $ 506.01 | $ 0.00 | $ 25.24 |
| 4 | American Express Centurion Bank | $ 1,884.75 | $ 0.00 | $ 94.03 |
| 5 | GE Money Bank | $ 2,209.76 | $ 0.00 | $ 110.25 |
| | Total to be paid to timely general unsecured creditors | | | $ 338.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 6,493.89 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | KeyBank NA | $ 6,493.89 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE